**E-filed 9/29/06**

BARBARA M. RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 15
Moss Beach, CA  94038
Telephone:  650-728-0170
Fax:  650-745-1220

Attorney for Plaintiff Mark A. Bosca

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARK A. BOSCA | ) | Case No.:  06-2364 JF |
| | ) | |
| | ) | STIPULATION AND [proposed] |
| Plaintiff, | ) | ORDER EXTENDING PLAINTIFF'S |
| | ) | TIME TO REPLY TO DEFENDANT'S |
| v. | ) | CROSS-MOTION FOR SUMMARY |
| | ) | JUDGMENT |
| JO ANNE BARNHART, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's cross-motion for summary judgment in the above-captioned case is hereby extended from the present due date of September 25, 2006, by 14 court days, to the new date of October 9, 2006.  The extension is requested because Plaintiff's counsel will be on vacation and out of the country from September 10 to 23, 2006.  This is the first extension requested by the Plaintiff.

The parties further stipulate that counsel for Defendant will provide a facsimile of this stipulation bearing counsel's signature for retention in Plaintiff's case file, and hereby authorizes counsel for Plaintiff to file this

///

///

1

1  document in .pdf format under the latter's Electronic Case Filing Password.

2

3  DATED:  September ___, 2005        "/s/"Sara Winslow
                                      SARA WINSLOW
4                                     Assistant U.S. Attorney
                                      Attorney for Defendant
5

6
   DATED:  September 9, 2005     By:  "/s/Barbara M. Rizzo"
7                                     BARBARA M. RIZZO
                                      Attorney for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. BOSCA, | Case No.: 06-2364 JF |
| Plaintiff, | [~~proposed~~] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JO ANNE BARNHART, Commissioner of Social Security, | |
| Defendant. | |

   Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to reply to Defendant's cross-motion for summary judgment, the request is hereby APPROVED.

   Plaintiff shall file his reply on or before October 9, 2006.

   SO ORDERED.

DATED:  9/26/06

_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

3