**E-Filed 1/24/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK E. BOSCA,<br><br>            Plaintiff,<br><br>            v.<br><br>JO ANNE BARNHART, Commissioner of Social Security,<br><br>            Defendant. | Case Number C 06-2364 JF<br><br>ORDER[1] REQUESTING BRIEFING |

    Plaintiff Mark E. Bosca filed the complaint in this action on April 4, 2006, seeking reversal of a decision in which Defendant Commissioner of Social Security found that Plaintiff is not disabled. On August 7, 2006, Plaintiff moved for summary judgment, arguing that he became disabled on March 27, 2003. On September 6, 2006, Defendant filed a cross-motion for summary judgment.

    On December 6, 2006, Plaintiff filed a letter with the Court indicating that the Social Security Administration had approved Plaintiff's second application for disability benefits, finding that Mr. Bosca became disabled on December 27, 2005.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-2364 JF
ORDER REQUESTING BRIEFING
(JFLC1)

In light of this supervening grant of disability benefits, the Court requests a letter brief from each side, not to exceed three pages, on the issue whether the Court should remand the case to the Social Security Administration or proceed to resolve the pending cross-motions for summary judgment. The parties shall file any letter brief not later than February 23, 2007.

IT IS SO ORDERED.

DATED: January 24, 2007.

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-2364 JF
ORDER REQUESTING BRIEFING
(JFLC1)

1 | This Order has been served upon the following persons:

2 | Elizabeth Firer           Elizabeth.Firer@ssa.gov

3 | Barbara Marie Rizzo     mail@fedlaborlaw.com

4 | Sara Winslow            sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

3

Case No. C 06-2364 JF
ORDER REQUESTING BRIEFING
(JFLC1)