**E-Filed 9/30/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK E. BOSCA,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,[1] Commissioner of Social Security<br><br>                Defendant. | Case Number C 06-2364 JF<br><br>JUDGMENT |

The parties' arguments have been considered and a decision having been rendered, IT IS HEREBY ORDERED that the above captioned case be remanded for further proceedings and that the Clerk of the Court close the file.

DATED: September 30, 2007

_____
JEREMY FOGEL
United States District Judge

---

[1] Michael J. Astrue became Commissioner of the Social Security Administration on February 1, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is hereby substituted for Jo Anne B. Barnhart as the defendant in this matter.

1   This Order has been served upon the following persons:

4   Elizabeth Firer            Elizabeth.Firer@ssa.gov

6   Barbara Marie Rizzo        mail@fedlaborlaw.com

8   Sara Winslow               sara.winslow@usdoj.gov, kathy.terry@usdoj.gov;
9                              claire.muller@usdoj.gov