BARBARA M. RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 15
Moss Beach, CA 94038
Telephone: 650-728-0170
Fax: 650-745-1220

Attorney for Plaintiff Mark A. Bosca

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK A. BOSCA | Case No.: 06-2364 JF |
| Plaintiff, | STIPULATION AND [~~proposed~~] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR ATTORNEY FEES & COSTS UNDER THE EAJA |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's opposition to Plaintiff's motion for attorney fees and costs under the Equal Access to Justice Act ("EAJA") in the above-captioned case is hereby extended from the present due date of January 31, 2008, by 14 days, to the new date of February 14, 2008. The extension is requested because Plaintiff's counsel has had a death in the family requiring her to travel to the East Coast for at least a week. This is the first extension requested by the Plaintiff in connection with the motion for attorney fees and costs.

The parties further stipulate that counsel for Defendant will provide a facsimile of this stipulation bearing counsel's signature for retention in Plaintiff's case file, and hereby authorizes counsel for Plaintiff to file this

1

document in .pdf format under the latter's Electronic Case Filing Password.

Respectfully submitted,

DATED: January 18, 2008        "/s/Elizabeth Firer"
                               ELIZABETH FIRER
                               Special Assistant U.S. Attorney
                               Attorney for Defendant


DATED: January 17, 2008    By: "/s/Barbara M. Rizzo"
                               BARBARA M. RIZZO
                               Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. BOSCA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | Case No.: 06-2364 JF<br><br>[~~proposed~~] ORDER EXTENDING<br>PLAINTIFF'S TIME TO REPLY TO<br>DEFENDANT'S OPPOSITION TO MOTION<br>FOR ATTORNEY FEES AND COSTS<br>UNDER THE EAJA |

　　　Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to reply to Defendant's opposition to Plaintiff's motion for attorney fees and costs under the EAJA, the request is hereby APPROVED.

　　　Plaintiff shall file his reply on or before February 14, 2008.

　　　SO ORDERED.

DATED: __1/24/08__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE